# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

**LA'SHADION SHEMWELL**

v.                                                                             Case No. 4:20cv43

**MCKINNEY, TEXAS CITY OF**

PLAINTIFF:  Shayan Elahi, Ray Hosack

DEFENDANT: Robert Brown, Kent Hofmeister

   This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 1/21/2020.

**Hearing on Plaintiff's Temporary Restraining Order (de#1)**

| | |
|---|---|
| 4:03 pm | The court called the case, noting the appearance of counsel and parties. |
| 4:04 pm | Mr. Elahi for the Plaintiff addresses the court regarding the temporary restraining order. |
| 4:05 pm | Mr. Brown for the Defense addresses the court. |
| 4:18 pm | Mr. Elahi addresses the court. |
| 4:25 pm | Case to be set for temporary injunction hearing on 2/4/2020 at 9:00 am. |
| 4:26 pm | Plaintiff withdraws application for temporary restraining order at this time. Plaintiff requests temporary injunction, which will be taken up at the hearing on 2/4/20. |
| 4:29 pm | Court adjourned. |