# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

**LA'SHADION SHEMWELL**

v.                                                          Case No. 4:20cv43

**MCKINNEY, TEXAS CITY OF**

PLAINTIFF:  Shayan Elahi, Ray Hosack

DEFENDANT: Robert Brown, Kent Hofmeister

      **This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 1/23/2020.**

**Telephone Conference**

| | |
|---|---|
| 11:03 am | The court called the case, noting the appearance of counsel and parties. |
| 11:04 am | The court addresses the preliminary injunction. |
| 11:06 am | Plaintiff's Motion for Preliminary injunction is orally withdrawn. |
| 11:07 am | Court and counsel discuss scheduling of a bench trial. |
| 11:18 am | Bench trial will be scheduled for March 30, 2020.  Trial anticipated to last no more than 2-3 days. |
| 11:19 am | The court will issue an order governing proceedings. |
| 11:21 am | Court adjourned. |