UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
PLANO DIVISION

| | | |
|---|---|---|
| La'Shadion Shemwell, <br> As Council Member, and <br> In his individual capacity as a voter of <br> District 1, <br><br> Plaintiff, <br><br> v. <br><br> City of McKinney, Texas, <br><br> Defendant. | § § § § § § § § § § § § | Civil Action No. 4:20-cv-00043-SDJ |

## ORDER GRANTING DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

On February 17, 2020, Defendant's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim, and Brief in Support ("Defendant's Motion") was filed. The Court, having considered Defendant's Motion, all supporting briefs, responses, replies, and any other filings related thereto, as well as the arguments of counsel, finds that Defendant's Motion should be, in all things, GRANTED. It is, therefore,

ORDERED that Defendant's Rule 12(b)(6) Motion to Dismiss for Failure to State a Claim is hereby GRANTED in its entirety and Plaintiff's Complaint is dismissed for failure to state a claim upon which relief can be granted.