UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
PLANO DIVISION

| | |
|---|---|
| La'Shadion Shemwell, § <br> As Council Member, and § <br> In his individual capacity as a voter of § <br> District 1, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> City of McKinney, Texas, § <br> § <br> Defendant. § | Civil Action No. 4:20-cv-00043-SDJ |

**ORDER GRANTING DEFENDANT'S MOTION**
**TO EXCLUDE PLAINTIFF'S EVIDENCE**

On March 6, 2020, Defendant's Motion to Exclude Plaintiff's Evidence ("Defendant's Motion") was filed. The Court, having considered Defendant's Motion, all supporting briefs, responses, replies, and any other filings related thereto, as well as the arguments of counsel, finds that Defendant's Motion should be, in all things, **GRANTED**. It is, therefore,

**ORDERED** that Defendant's Motion to Exclude Plaintiff's Evidence is hereby **GRANTED** in its entirety.