# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

JUDGE:  Sean D. Jordan

COURT REPORTER:
Gayle Wear

COURTROOM DEPUTY:
Bonnie Sanford

**SHEMWELL**

v.                                                                                                  Case No. 4:20cv43

**CITY OF MCKINNEY, TEXAS**

PLAINTIFF:  Shayan Elahi

DEFENDANT:  Kent Hofmeister, Robert Brown

    **This day came the parties and by their attorneys the following proceedings were held before Judge Sean D. Jordan in Plano, Texas on 3/10/2020.**

**Telephone Conference**

| | |
|---|---|
| 11:09 am | The Court called the case, noting the appearance of counsel and parties. |
| 11:11 am | Court and counsel discuss scheduling matters. |
| 11:37 am | Court adjourned. |