IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

La'Shadion Shemwell,                                CIVIL ACTION 4:20-V-0043-SDJ
As Council Member, and
In his individual capacity
as a voter of District 1.

   Plaintiff,


-v-

City of McKinney, Texas

   Defendant.
_____/

## PLAINTIFF'S AMENDED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CLAIMS AGAINST DEFENDANT CITY OF MCKINNEY, TEXAS

**TO THE HONORABLE JUDGE OF SAID COURT:**

   Plaintiff hereby files this Notice of Voluntary Dismissal without Prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(l)(A)(i), all of Plaintiff's claims against Defendant City of McKinney, Texas are hereby dismissed without prejudice.

DATED: March 13, 2020                    Respectfully Submitted,


                                         _____
                                         Shayan Elahi, Esquire
                                         State Bar No. 24080485
                                         13601 Preston Road Suite E770
                                         Dallas, Texas 75240
                                         Telephone No: (407)-902-5282
                                         Facsimile No: (214) 602-8911
                                         shayan@elahilawfirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that on March 13, 2020, I served in a manner approved the Fed. R. Civ. Proc. a copy of the Notice of Dismissal to all parties of record.

/s/ *Shayan Elahi*
Shayan Elahi, Esquire
