UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
PLANO DIVISION

| | |
|---|---|
| La'Shadion Shemwell, §<br>As Council Member, and §<br>In his individual capacity as a voter of §<br>District 1, §<br>§<br>Plaintiff, §<br>§ Civil Action No. 4:20-cv-00043-SDJ<br>v. §<br>§<br>City of McKinney, Texas, §<br>§<br>Defendant. § | |

### ORDER GRANTING DEFENDANT'S MOTION TO DEEM FACTS ADMITTED

On March 13, 2020, Defendant's Motion to Deem Facts Admitted ("Defendant's Motion") was filed. The Court, having considered Defendant's Motion, all supporting briefs, responses, replies, and any other filings related thereto, as well as the arguments of counsel, finds that Defendant's Motion should be, in all things, **GRANTED**. It is, therefore,

**ORDERED** that Defendant's Motion to Deem Facts Admitted is hereby **GRANTED** in its entirety. It is further

**ORDERED** that each of the 21 facts contained in Defendant City of McKinney's First Request for Admissions to Plaintiff La'Shadion Shemwell are, for all purposes in this action, hereby **ADMITTED**.

**ORDER DEEMING DEFENDANT'S FACTS ADMITTED** - Solo Page